AO 440 (Rev. 06/12) Summons in a Civil Action

**RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | **SUMMONS AND COMPLAINT, CERTIFICATION, EXHIBITS,** |
| EFFECTED (1) BY ME: | **MARIAN ZWIERZYNSKI** |
| TITLE: | **PROCESS SERVER** |

DATE: **4/12/2022 11:47:07 AM**

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

MSN PHARMACEUTICALS, INC. C/O VENKATA KOTA

Place where served:

20 DUKE ROAD   PISCATAWAY  NJ  08854

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

VENKATA KOTA

Relationship to defendant   **PERSON AUTHORIZED TO ACCEPT SERVICE**

Description of Person Accepting Service:

SEX: M   AGE: 51-65   HEIGHT: 5'9"-6'0"   WEIGHT: 161-200 LBS.   SKIN: OLIVE   HAIR: BLACK   OTHER:

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.____         SERVICES $ _____.____         TOTAL $ _____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

Docusign Court Approved E-Signature

DATE:  04/12/2022            *MARIAN ZWIERZYNSKI*          L.S.
                              4D84F7E860FE4FC...

SIGNATURE OF MARIAN ZWIERZYNSKI
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

| | |
|---|---|
| ATTORNEY: | CHARLES M. LIZZA, ESQ. |
| PLAINTIFF: | CELGENE CORPORATION |
| DEFENDANT: | MSN LABORATORIES PRIVATE LIMITED, ET AL |
| VENUE: | DISTRICT |
| DOCKET: | 2 22 CV 01993 ES MAH |
| COMMENT: | |